IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH MILLS,

    Petitioner,                             2:03-cv-0341-GEB-EFB-P

    vs.

EDWARD S. ALAMEIDA, et al.,

    Respondents.                   <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On September 6, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has filed objections to the findings and recommendations.[1]

/////

---

[1] Petitioner has filed five separate documents since the issuance of the findings and recommendations in this matter. This court has considered all of these documents and will construe them all as part of petitioner's overall objections to the findings and recommendations.

1

1  In Petitioner's objections, he requests appointment of counsel. Title 18 U.S.C.
2  § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice
3  so require." The interests of justice would not be served by the appointment of counsel.
4  The findings and recommendations filed September 6, 2006, are adopted in full;
5  and Petitioner's application for a writ of habeas corpus is denied.

6  Dated: November 20, 2006

8  GARLAND E. BURRELL, JR.
   United States District Judge