IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH MILLS,

    Petitioner,                   No. CIV S-03-0341 GEB EFB P

    vs.

EDWARD S. ALAMEIDA, et al.,

    Respondents.               ORDER

_____/

        This petition for writ of habeas corpus was dismissed on November 21, 2006. Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: December 19, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE